DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

GWENDOLYN HARRIS,

Appellant,

v.

SUMMER PALMS APARTMENTS, LLC,

Appellee.

No. 2D2025-1513

_____

July 8, 2026

Appeal from the County Court for Hillsborough County; Lisa Allen, Judge.

Gwendolyn Harris, pro se.

James I. Barron, III, of James I. Barron, III P.A., Orlando, for Appellee.

PER CURIAM.

Dismissed. *See Red Beryl, Inc. v. Sarasota Vault Depository, Inc.*, 176 So. 3d 375, 381 (Fla. 2d DCA 2015) ("This nonfinal, interlocutory order is not appealable as an order determining 'the right to immediate possession of property' under [Florida Rule of Appellate Procedure] 9.130(a)(3)(C)(ii). . . . [T]he court did not make a determination regarding any of the parties' 'right' to possess the [property]."); *Marina Bay Hotel*

*and Club, Inc. v. McCallum*, 733 So. 2d 1133, 1134 (Fla. 4th DCA 1999) ("We . . . construe rule 9.130(a)(c)(3)(ii) to allow appeals only of orders which more directly determine the immediate right to possession than the type of order entered in this case.").

BLACK, ATKINSON, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.